POTKA v. FARMER.  (No. 5473.)

(Court of Civil Appeals of Texas.  Austin. April 7, 1915.)

Appeal from District Court, Falls County; Richard I. Munroe, Judge.

Trespass to try title by N. Potka against Ed Farmer, in which plaintiff secured possession of the property by writ of sequestration. From a judgment awarding possession of the premises to plaintiff, but giving damages to defendant for dispossession under the writ of sequestration, the plaintiff appeals. Affirmed in part, and in part reversed and remanded.

Spivey, Bartlett & Carter, of Marlin, for appellant. E. W. Bounds, of Marlin, for appellee.

KEY, C. J. This is a companion case to the case of N. Potka v. Ed. Carter, 175 S. W. 812, this day disposed of by this court, and the same judgment is rendered in this case as was rendered in that.

Affirmed in part, and in part reversed and remanded.